In the Matter of the Application of GEORGE S. RAYMOND, as General Guardian of the Property of KATHRYN WALDRON, Infant, to Fix and Determine the Liability of AMERICAN SURETY COMPANY OF NEW YORK as Surety on the Bond of NORA L. GEORGE, Former General Guardian of Said Infant. AMERICAN SURETY COMPANY OF NEW YORK, Appellant; GEORGE S. RAYMOND, Guardian of the Property of KATHRYN WALDRON, Infant, etc., NORA L. GEORGE and UNITED STATES VETERANS ADMINISTRATION, Respondents.— Order of the Surrogate's Court of Rockland county entered December 30, 1935, fixing the liability of a surety of a former guardian of an infant, unanimously affirmed, in so far as appealed from, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.